IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:08cr00117 SWW |
| | * | |
| MICHAEL RAYMOND JOHNSON, | * | |
| | * | |
| Defendant. | * | |
| and | * | |
| | * | |
| CARDIAC STAFFING, | * | |
| | * | |
| Garnishee. | * | |

ORDER OF GARNISHMENT

A Writ of Garnishment, directed to garnishee, has been duly issued and served upon the garnishee.  Pursuant to the Writ of Garnishment, the garnishee has filed an Answer to the writ stating that at the time of the service of the writ the garnishee had in the garnishee's possession, custody or under the garnishee's control, personal property belonging to and due defendant and that garnishee was indebted to defendant.

On, May 2, 2014, the defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

IT IS THEREFORE ORDERED that garnishee pay to the plaintiff the sum of twenty-five (25%) of the funds currently in its possession belonging to the defendant, pursuant to 15 U.S.C. §1673.

IT IS SO ORDERED this 27th  day of May 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE